# IN THE UNITED STATES DISTRICT COURT

18-3135-CV-S-BP-P

Joel Manuel Taylor

))))))))))))))))))))

Plaintiff/Petitioner(s),

-vs-

DR. Preston.,DR. Rice.,DR. Sarrazin

DR. Brieman.,DR. Corsilini.,DR.P.A. Zonkel.,

P.A. Kursich, Counselor Poage.,Ms. Williams.,

Ms. Jackson., Angie Conover., et al.

Defendant/Respondent(s).

Docket No. _____
(To be supplied by the Clerk)

☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☒ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I.  JURISDICTION

A.  Plaintiff's mailing address and/or register number and present place of confinement.

Reg no. 19570-111  , MCFP Springfield P.O.Box 4000

Springfield, MO 65801

B.  Defendant _____Dr. Preston_____ is employed as
(Name of First Defendant)

_____Psychologist_____
(Position/Title)

with  MCFP Springfield, P.O.Box 4000, Springfield MO 65801.
(Employer's Name and Address)

employed by U.S Bureau of Prisons or (D.O.J)

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the
state, local or federal government?

Yes (X)          No ( )

If your answer is "yes", briefly explain:

As my assigned mental health provider even when I don't have

any mental health sickness.

Rev. 2/00

C.   Defendant <u>Dr. Corsilini</u>                 is employed as

(Name of Second Defendant)

<u>     Medical personnel                 </u>

(Position/Title)

with <u>MCFP Springfield, P.O.Box 4000, Springfield MO 65801</u>

(Employer's Name and Address)

<u>  employed by the U.S Bureau of prisons or ( D.O.J )  </u>

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)        No ( )

If your answer is "yes", briefly explain:

<u>As the assigned medical provider to administer anti-viral</u>

<u>medication to me., but he deliberately refused for reasons</u>

<u>I don't know.</u>

D.   Using the outline of the form provided, include the above information for any additional defendant(s).

<u>Dr. Rice., Dr. Sarrazin., (psychiatric department)</u>
<u>Dr. Breiman. My assigned mental health provider(Psychology department)</u>
<u>P.A Zonkel., P.A Kursh., co medical providers (Medical Department)</u>
<u>Counselor MS. Poage and MS. Williams (Counselors at MCFP Springfield)</u>
<u>MS. Jackson., and MS. Angie Conover (Social Workers at MCFP Springfield)</u>
<u>All Identified individuals participated in the crime at their</u>
<u>own individual offices and capacity., and they all are employed</u>
<u>by the Bureau of prisons or (D.O.J) at MCFP Springfield.</u>

## II.  PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes (X)        No ( )

B.   If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

<u>I sued for D.O.J employees infecting me with H.I.V which they said,</u>
<u>that it was by accident.</u>

Rev. 2/00

1. Parties to previous lawsuits:
   Plaintiff(s) __Joel Manuel Taylor__

   Defendant(s) ___ Prison Health Care., Jane Doe, John Doe., et al.__

2. Court (if Federal Court, name the District; if State Court, name the County)

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   __1983 Civil Suit__

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it
   still pending?)
   _____Adjudicated_____

7. Approximate date of filing lawsuit _____

8. Approximate date of disposition _____

## III.    GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ____Yes____

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?
     Yes (X) No ( )

C.   If your answer is "yes",
     1.   What steps did you take? _I filed administrative remedy., "BP'S"_

     2.   What was the result? _All were denied_

D.   If your answer is "no", explain why not. _____

Case 6:18-cv-03135-BP   Document 1   Filed 04/23/18   Page 3 of 8

E.   If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities?  Yes (X)   No ( )

F.   If your answer is "yes",
     1.   What steps did you take?   I talked to all the individuals
          concerned.,
          _____
          _____

     2.   What was the result?   They all ignored my complaint in bad-faith
          _____
          _____

G.   If your answer is "no", explain why not. _____
     _____
     _____
     _____

H.   Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
     _____
     _____
     _____

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case.  State who, what, when, where and how you feel your constitutional rights were violated.  Do not cite cases or statutes.  If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.**  Additionally, attach any relevant, supporting documentation.
**Firtly** I just want to notify this court that I have filed all the necessary administrative remedy and tried to ressolve this issue informally but all effort went avail & will present evidence If necessary to support my claims.
**On about** _____, till present., These Identified colluded in their own individual way to put my LIFE at risk.
I would have ignored if that threat to my safety had not escalated to what it is right now.
**Most notably** I did not order myself not to be force medicated., The Federal District Court who ordered me in their care **DID.** The Court ruled that I am not psychotic and they should not force medicate me with psychotropic drugs rather I should be given anti-viral medication for my 30 days period stipulated in that court order.

Rev. 2/00                              - 4 -

I am not a **lawyer** neither am I here to debate the actual power of these Identified individuals to violate the court order rather in this complaint to suggest that, If they are not satisfied with the Court who ordered me in their care., all they could have done is appeal that decision, If they think I must take their psychotropic drugs instead of the anti-viral drugs for my H.I.V. and not retaliating against me because an order was entered in my favor."the laws are sets for a reason" **The reasons for all these criminal actions against me are summarized below:**

On about 8-30-2006 , D.O.J employees infected me with H.I.V disease of which they claimed it was by accident.

I sued them for that injury and the litigation was still pending., my court appointed counsel in my federal case which I was charged for allegedly carried a gun while knowing to be a felon., at several ocasions offering me a 3,000,000USD deal to sign over my lawsuit to them which I had at all points refused.,

Some how., they got off in my criminal case and the trial judge **erronously civilly committed for just 30 days without me been represented by a counsel.**

That appeal is still pending at the Higher court for a review and within these long waiting period in custody., I discovered that these appointed counsels fraudulently represented me in that lawsuit as my counsel and the case was adjudicated., probably they claimed the benefit.. who knows!

My most concern is the identified individuals are upset because the court denied their request to administer me psychotropic drugs because it is very apparent that the SPECIAL INTERST companies pay them money to administer psychotropic medications or probably my counsel colluded with some of these individuals to silent me., so that I will not live to find out what actually has happened to my adequate remedy.

**These individuals** e.g Dr. Rice said that I must take the psychotropic drugs and he don't give a **damn** whether the court denied their force medication request., that they run this prison and they can do whatever they **wish** unless I don't want to be released or something unpleasant will happen to me., if I don't corporate with their decision.

**They deliberately** refused to administer the anti-viral medication as required by my health just because I did not corporate with their demands.

**Apart from the everyday threat** by the Identified in their own ways., They have instructed fellow inmates to assault me physically and then construe it as a **fight** of which they have used to extend my stay by saying I failed the risk assessment and they don't give a damn whether inmate attacked me or NOT.

They have several times put me in a confirnment which we generally call a **hole** whenever I refused them seizing my legal works.

**In that hole.,** they have deliberately put urine, roaches and feces in my food as part of the punishment.

**In one occasion.,** I went to their dentist for teeth cleaning., This

Case 6:18-cv-03135-BP   Document 1   Filed 04/23/18   Page 5 of 8

dentist drilled a hole in my teeth without filling them., which have
caused me an aggravated pain till date and when I questioned. She
said., I have been instructed to do that., you will be fine., file
a grievance if you are not satisfied. " you can't teach me my job "
Not to talk about the worm they put in my ear during one on my visits
to get treatment just like every other inmate.
Despite all my grievances no avail., I petition to the higher court
in form of mandamus to compel then to administer the anti-viral
medication or let me go because they have kept me way above my
supposed time.
These. petition upset them the more and their have becomed farce
and detrimental to my safety that is why I am filing this complaint
for a restraining order or some type of safe protection because I
don't want to die.
The worst of all is inmates coming to my with ~~shang amount~~ to my
cell at night to sexually assault me. When i confronted one of them.,
He said I should go and settle whatever dispute I have with the staff
and walked away. I filed a PREA on it and talked to the staff about it
but they ignored me as usual rather was still persisting I must take
the psychoropic drugs if want to be released.
The problem is., I am not the court that denied their request for
psychotropic medication.
And I have their right to be administer anti-viral medication for my
HIV disease to keep me alive just like every other human being.
I know I have the right to be protected from my fellow inmates who
come to assault me physically and sexually under the instruction of
the Identified individuals just to get back at me.
I Know I have the right to be safe regardless the fact that i filed
a complaint against the Identified individuals or NOT
In that said., with the way these threats and criminal actions are
done against me by these Identified individuals on countless basis.,
They will finally kill me if no measures is taken to remedy this
ugly situation.
I need this court to protect my safety since it is a fellow court
that ordered me in the care of these identified individuals.
  I don't want to die
This complaint is made in good-faith under the penalty of perjury
and to the best of my knowledge.


NOTE: WHEN I FILED THE "PREA" SEXUAL ASSAULT. THEY WAITED ALMOST 1 month BEFORE THEY
EXAMINED ME. I told them I Still have the BEDDING, But NO ONE CAME TO COLLECT THE Evidence.
  Now I'm in FEAR OF MY LIFE"; AS They ARE COVERING For the inmates that ASSAULT me, IN
ORDER To SINK MY Ship", in Collusion with other DOJ employees/Contractors et al. (BY Using inmates to
Sexually Assault me, Creates A Situation That Causes me to fight. Thereby Providing the means to Deny me
Release at Risk Assessment")

Rev. 2/00

Case 6:18-cv-03135-BP   Document 1   Filed 04/23/18   Page 6 of 8

## V.     REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

All I need is safety to my LIFE. I request a restraining order on the Identified individuals or any better protective measures the court can offer because I don't want to die.

## VI.     JURY DEMAND *(check one box below)*

The plaintiff does ☒     does not ☐     request a trial by jury. *(See Fed_R_Civ_P. 38.)*

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 19th day of APRil , 2018 .

_____
                                    Signature of Plaintiff

_____
                                    Signature of attorney, if any

Rev. 2/00

Case 6:18-cv-03135-BP   Document 1   Filed 04/23/18   Page 7 of 8

Joel Manuel Taylor
Reg no. 19530-041
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

LEGAL MAIL

RECEIVED
2018 APR 23 PM 12 Springfield FSDC MO 658
APR 19 APR 2018 PM
KANSAS CITY, MO

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY, MISSOURI 64106